FAX or Internet

UNITED STATES DISTRICT COURT
for the
District of Arizona

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In the Matter of the Search of              )
                                            )
*The residence located at 1516 Blue Canyon Drive*   )   Case No.   22-4081mb
*Tuba City, AZ 86045*                       )
                                            )

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer.

An application by a federal law enforcement officer for the government requests the search of the following person or property located in the   District of Arizona
*(identify the person or describe the property to be searched and give its location)*:

### SEE ATTACHMENT A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

### SEE ATTACHMENT B

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____
                                                              *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Any U.S. Magistrate Judge in the District of Arizona     .
            *(Name)*

☐ I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
                                            ☐ until, the facts justifying, the later specific date of _____.

Date and Time Issued: _____   Camille D. Bibles  Digitally signed by Camille D. Bibles
                                                               Date: 2022.03.08 16:12:50 -07'00'
                                           _____
                                                         *Judge's Signature*

City and State:   Flagstaff, Arizona         Camille D. Bibles, United States Magistrate Judge
                                                         *Printed Name and Title*

| Return | | |
|---|---|---|
| Case No.: 22-4081mb | Date and time warrant executed: 03/09/2022 @ 830 AM | Copy of warrant and inventory left with: 1516 Blue Canyon DR. |

Inventory made in the presence of:

Inventory of the property taken, and name of any person(s) seized:

1) Plastic Bag with suspected meth
2) Samsung smart phone with case
3) Blue Bowl containing suspected meth
4) two baggies with suspected meth
5) Plastic bowl with suspected meth
6) two containers of marijuana
7) multiple baggies with suspected meth
8) two plastic bags with suspected meth
9) Plastic baggie with two white pills
10) Plastic bag of suspected meth
11) Plastic bag with marijuana, two containers with marijuana, 1 container with THC wax
12) Plastic container with four white pills
13) two containers with empty plastic bags

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/9/2022

_____
Executing Officer's Signature

Special Agent Jordan Filippi
Printed Name and Title